UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW WILLIAMS, | ) | CASE NO. ED CV 13-146-PJW |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| G.D. LEWIS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed today, the Petition is denied and the action is dismissed with prejudice.

Dated: July 23, 2013

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\WILLIAMS, M 146\Judgment.wpd